If any number fails to reach you, advise us at once by mail, and one will be sent.

## THE ABSTRACT REPORTING SYSTEM

consists of Epitomized Opinions in Ohio cases from the following courts:

**Federal Courts.**—United States Supreme Court; Circuit Court of Appeals, Sixth District; U. S. District Courts of Ohio, Northern and Southern, covering all the written opinions handed down by the judges.

**State Courts of Ohio.**—The Ohio Supreme Court; the Ohio Court of Appeals, nine Districts; the Nisi

Prius cases of the County Common Pleas and City Municipal Courts, and the Quasi Judicial Opinions of the Attorney General and other Officers and Boards exercising judicial functions.

**Digests**—A Weekly Digest of all opinions in each number; a weekly cumulative Digest of all opinions in the preceding issues of the month; a Monthly Digest of all opinions, each month; a Quarterly Digest of each three months period; and semi-annual and annual issues, constructed and conducted so as to make it easy and sure to quickly find any desired, existing case.

**Prompt and Complete Publication.**—All the available opinions in Ohio cases, decided in these courts and handed down in such form that they can be transcribed, will be printed as fast as they can be carefully reported and be prepared for the press, and publicity will follow close after the decrees of the judges.

## COURT OF APPEALS of U. S.

### CINCINNATI

The United States is divided into nine Court of Appeals Circuits, each of which is made up of states. For each of the Circuits, the President appoints two Circuit Judges, and a Justice of the Supreme Court is assigned by that court to each Circuit, as Presiding Justice, the three thus selected constitute the Circuit Court of Appeals of the district. Ohio is in Sixth Circuit.

Sixth Circuit—Comprised of the States of Ohio, Michigan, Tennessee, Kentucky.

Circuit Judges—Loyal E. Knappen, Grand Rapids, Michigan; Arthur C. Denison, Grand Rapids, Michigan; Maurice H. Donahue, New Lexington, Ohio.

Clerk—Arthur B. Mussman, Cincinnati.

Deputy Clerk—Frank A. Hight, Federal Building, Cincinnati.

Terms, at Cincinnati, Federal Building, on the first Monday October, and adjourned sessions on the Tuesday after the first Monday of each other month in the year, except August and September.

## DISTRICT COURTS of U. S.

The State of Ohio, with reference to these courts, constitutes two judicial districts, known as the Northern District of Ohio and the Southern District of Ohio.

These two districts have two divisions each, known and composed by counties, as follows:

**NORTHERN DISTRICT:**

### Cleveland, Youngstown, Toledo

**Eastern Division**—Ashland, Ashtabula, Carroll, Columbiana, Crawford, Cuyahoga, Geauga, Holmes, Lake, Lorain, Mahoning, Medina, Portage, Richland, Stark, Summit, Trumbull, Tuscarawas and Wayne.

**Western Division**—Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca, Van Wert, William, Wood and Wyandot.

**SOUTHERN DISTRICT:**

### Cincinnati, Dayton, Columbus

**Eastern Division** — Athens, Belmont, Coshocton, Delaware, Fairfield, Fayette, Franklin, Gallia, Guernsey, Harrison, Hancock, Jackson, Jefferson, Knox, Licking, Logan, Madison, Meigs, Monroe, Morgan, Morrow, Muskingum, Noble, Perry, Pickaway, Pike, Ross, Union, Vinton and Washington.

**Western Division**—Adams, Brown, Butler, Champaign, Clark, Clermont, Clinton, Darke, Green, Hamilton, Highland, Lawrence, Miami, Montgomery, Preble, Scioto, Shelby and Warren.

## OPINIONS

### No. 406

GENERAL ELEC. CO. v. C. S. W. & C. RY.

U. S. District Court, N. D., Ohio E. D.

No. 690.  March 31, 1924

This opinion has not been published except in Abstract

**EQUITY—(1) Municipality cannot under police power require removal of railroad tracks to grading, etc., done at expense of Railway.**

WESTENHAVER, D. J.:

#### Epitomized Opinion

#### On Motion

F. H. Wilson, receiver, applied for further instructions respecting the relocation of tracks in Riverside Drive, Cleveland, formerly West Park. The County Commissioners who have let the contract for the repaving of Riverside Drive join in the request.

The present paving contract provides for the paving of a driveway on each side of the center of the highway and an abandonment of the pavement a

# STATE SUPREME COURT
## Judges, Officers, Proceedings, Sessions and Opinions

ready constructed. The Railway Co. has been ordered to remove its tracks from the part to be paved and replace them on the part formerly paved, but how to be abandoned. In any case it will be necessary for the old paving in the center of the road to be removed, but, in case the order of the city is carried out, the expense must all be borne by the Railway. Held by the Federal Court:

1. The municipality has no right, under the guise of an exercise of its police power, to require removal of railway tracks to get grading and other work done at the expense of the Railway Co. This would be an unfair and unreasonable burden and the county and city will be enjoined, if necessary, from imposing such a burden.

Attorneys—Squire, Sanders & Dempsey, and Tolles, Hogsett, Ginn & Morley, for Receiver; Robert A. Graham, City Solicitor of West Park, contra.